[No. 18901-5-III.   Division Three.   April 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY RAY D., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00218-1, John E. Bridges, J., entered November 3, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 19034-0-III.   Division Three.   April 24, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN J. BELYEA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01706-5, Tari S. Eitzen, J., entered January 10, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19254-7-III.   Division Three.   April 24, 2001.]

GREG WAGG, *Appellant*, v. ESTATE OF BARD A. DUNHAM, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 99-2-00209-3, Jack Burchard, J., entered April 10, 2000. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Kurtz, C.J., concurred in by Brown, J., and Tompkins, J. Pro Tem. Now published at 107 Wn. App. 35.